IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT | ) | |
| FUNDS OF ILLINOIS, *et al.*, | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | NO. 07 C 2620 |
| vs. | ) | |
| | ) | JUDGE ROBERT W. GETTLEMAN |
| WEAVER CONSTRUCTION, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT, PRELIMINARY JUDGMENT
AND FOR AN ORDER DIRECTING DEFENDANT TO TURN OVER
MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for the entry

of a preliminary judgment against Defendant, WEAVER CONSTRUCTION, INC., an Illinois

corporation, in the total amount of $26,630.76, plus Plaintiffs' court costs and reasonable attorneys'

fees in the amount of $1,161.25.

Further, Plaintiffs move for entry of an order directing WEAVER CONSTRUCTION, INC.,

an Illinois corporation, Defendant herein, to turn over monthly fringe benefit contribution reports

due for the months of February 2007 through July 2007, pursuant to the Agreements and

Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or other-

wise plead to the Complaint and the monthly contribution reports being required in order to fully

liquidate Plaintiffs' claims.

On May 10, 2007, the Summons and Complaint was served on the Registered Agent by

tendering a copy of said documents to him personally at his place of business (a copy of the

Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on May 30, 2007.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default, Preliminary Judgment and for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 21st day of August 2007:

> Mr. Todd Weaver, Registered Agent
> Weaver Construction, Inc.
> 1853 Dovetail Point
> Sycamore, IL   60178

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Hrccj\Weaver\motion for default judgment and order.bpa.df.wpd