IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 07 C 2620 |
| WEAVER CONSTRUCTION, INC., an Illinois corporation, | ) ) ) ) | JUDGE ROBERT W. GETTLEMAN |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 29, 2007, request this Court enter judgment against Defendant, WEAVER CONSTRUCTION, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On August 29, 2007, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for February 2007 through July 2007. The Court retained jurisdiction to enforce the Order entered on August 29, 2007.

2. Pursuant to the Court's Order, Defendant submitted various monthly fringe benefit contribution reports for February 2007 through July 2007 (copies of the contribution reports are attached hereto as Exhibits A and C). Said monthly contribution reports establish that for that period, a total of $29,970.93 ($27,246.30 in contributions and $2,724.63 in liquidated damages) is due to the Funds. After application of partial payments totaling $1,939.53, the remaining balance due to Plaintiffs for the period of February 2007 through July 2007 is $28,031.40.

3. Plaintiffs' auditors also performed an audit of Defendant's payroll books and records for the contribution period of August 2005 through June 2006. The audit findings show that the Defendant is delinquent in its submission of contributions to the Funds in the amount of $19,428.00. A copy of the audit report is attached hereto as Exhibit B. See also, Affidavit of Deborah L. French.

4. Pursuant to the governing Trust Agreements, liquidated damages in the amount of $3,907.64 are due on the unpaid and unreported contributions indicated in the audit report. (French Aff. Par. 5).

5. That pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of one and one-half (1.5%) percent of the total contributions untimely received, compounded monthly at one and one-half (1.5%) percent, for the period accrued through August 31, 2007, in the total amount of $3,064.07.

6. Defendant submitted monthly fringe benefit contribution reports for September 2006 and January 2007 but shorted the contributions due pursuant to those reports. Accordingly, there remains $11.26 due for September 2006 and $51.25 due for January 2007, for a total of $62.51.

7. In addition, Plaintiffs' firm has expended the amount of $2,218.75 in attorneys' fees and $388.00 in costs, for a total of $2,606.75, in this matter. (See Affidavit of Catherine M. Chapman).

8. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $57,100.37.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $57,100.37.

/s/ Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Hrccj\Weaver\motion-judgment.bpa.df.wpd

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of October 2007:

        Mr. Todd Weaver, Registered Agent
        Weaver Construction, Inc.
        1853 Dovetail Point
        Sycamore, IL   60178


        /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Hrccj\Weaver\motion-judgment.bpa.df.wpd